UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| MCKENZIE HUFFAKER, personally, as guardian of J. H., a minor, and A. H., a minor, and as personal representative of the ESTATE OF PERRY HUFFAKER AND SARAH HUFFAKER; CADEN HUFFAKER; LEROY HUFFAKER; KATHRYN HUFFAKER; GREG PAYNE; and CLAUDIA PAYNE, <br><br>Plaintiffs, <br><br>vs. <br><br>EAGLE FUEL CELLS, INC. aka EAGLE FUEL CELLS-ETC. INC. aka/dba EAGLE TECHNOLOGIES CO., <br><br>Defendants. | CASE NO.: 1:19-cv-00096-TS |

**DEFENDANT EAGLE FUEL CELLS, INC. aka EAGLE FUEL CELLS-ETC. INC. aka/dba EAGLE TECHNOLOGIES CO. CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant Eagle Fuel Cells, Inc. aka Eagle Fuel Cells-Etc., Inc. aka/dba Eagle Technologies Co. ("Defendant") hereby submits their Corporate Disclosure Statement, pursuant to FED. R. CIV. P. 7.1, as follows:

1. Defendant Eagle Fuel Cells-ETC., Inc. is a corporation incorporated in Wisconsin with a principal place of business in Eagle River, Wisconsin.

2. Defendant Eagle Fuel Cells-ETC., Inc. is also known as Eagle Fuel Cells, Inc. and also does business as Eagle Technologies Co.

DATED this 21st day of August, 2019

/s/ Scott D. Sweeney
Scott D. Sweeney, #126100
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Tel: 303-572-5300
Fax: 303-572-5301
Scott.Sweeney@wilsonelser.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 21st of August, 2019, at true and correct copy of the foregoing was filed with the Clerk of the United States District Court, District of Utah, Northern Division via ECF and served by first class mail, postage prepaid, to the following:

Eric S. Olsen
Eisenberg Cutt Kendell & Olsen
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Attorney for Plaintiff

By: */s/ Scott D. Sweeney*
Scott D. Sweeney