Eric S. Olson (#11939)
**EISENBERG CUTT KENDELL & OLSON**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
(801) 366-9100
(801) 350-0065 facsimile
eolson@eckolaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH NORTHERN DIVISION

| | |
|---|---|
| MCKENZIE HUFFAKER, personally, as guardian of JAXON HUFFAKER and AUBREE HUFFAKER, and as personal representative of the ESTATE OF PERRY HUFFAKER AND SARAH HUFFAKER; CADEN HUFFAKER; LEROY HUFFAKER; KATHRYN HUFFAKER; GREG PAYNE; and CLAUDIA PAYNE,<br><br>Plaintiffs,<br><br>vs.<br><br>EAGLE FUEL CELLS-ETC, INC. aka/dba EAGLE TECHNOLOGIES CO.<br><br>Defendants. | **NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Case No. 1:19-CV-00096 -TS - DBP<br><br>Judge: Ted Stewart<br><br>Magistrate Judge: Dustin B. Pead |

Plaintiffs, by and through counsel, hereby notify the Court and counsel that they do not oppose Defendant's motion to dismiss for lack of personal jurisdiction, so long as it is clear that the dismissal is based solely on lack of personal jurisdiction over Defendant in the State of Utah, and is without prejudice to Plaintiffs filing suit in another State where there is personal jurisdiction over Defendant.

DATED this 18th day of September, 2019.

**EISENBERG CUTT KENDELL & OLSON**


/s/ *Eric S. Olson*
Eric S. Olson
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2019, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** was filed and served pursuant to URCP 5(b) by the method indicated to the following:

| | |
|---|---|
| Scott D. Sweeney<br>Wilson Elser Moskowitz<br>Edelman & Dicker, LLP<br>1225 17th Street, Suite 2750<br>Denver, CO 80202<br>Scott.sweeney@wilsonelser.com<br>*Attorneys for Defendants* | __X__ Court's ECF System<br>_____ E-mail<br>_____ Facsimile<br>_____ US Mail<br>_____ Hand Delivery |
| Kevin Geary<br>William J. Katt<br>Wilson Elser Moskowitz<br>Edelman & Dicker, LLP<br>740 N. Plankinton Avenue, Suite 600<br>Milwaukee, WI 53203<br>kevin.geary@wilsonelser.com<br>william.katt@wilsonelser.com<br>*Attorneys for Defendants* | __X__ Court's ECF System<br>_____ E-mail<br>_____ Facsimile<br>_____ US Mail<br>_____ Hand Delivery |

/s/   Cheryl Miller