AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

MCKENZIE HUFFAKER, personally, as guardian of J.H. and A.H., and as personal representative of the ESTATE OF PERRY HUFFAKER AND SARAH HUFFAKER; CADEN HUFFAKER; LEROY HUFFAKER; KATHRYN HUFFAKER; GREG PAYNE; and CLAUDIA PAYNE,

    Plaintiffs

v.

EAGLE FUEL CELLS, INC. aka EAGLE FUEL CELLS-ETC. INC. aka/dba EAGLE TECHNOLOGIES CO.,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:19-CV-96 TS-DBP

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice.

October 1, 2019

*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge